# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-18-0599**
Brett Richard Yeiter v. State of Alabama  (Appeal from Escambia Circuit Court: CC-15-42)

# <u>NOTICE</u>

You are hereby notified that on August 15, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk